UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELECIO JUNIOR REYES,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>F. GONZALES, Warden<br><br>　　　　Respondent. | Case No. ED CV 08-1928-GW (CT)<br><br>**J U D G M E N T** |

　　In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: January 22, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE